JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PENROD, | Case No. 5:17-cv-02116 MWF - SP |
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| THE CITY OF MURRIETA and DOES 1 – 50, inclusive, | |
| Defendants. | |

Upon consideration of the joint stipulation of the parties to dismiss this entire action, with prejudice, and with GOOD CAUSE SHOWING

**IT IS HEREBY ORDERED:**

1. The Joint Stipulation is GRANTED;
2. The entire action is hereby dismissed with prejudice;

1

ORDER

3. The parties will each bear their own attorney fees and costs of suit, with respect to each other, as accrued through the date of this order.

**IT IS SO ORDERED:**

DATED: October 31, 2018

_____
Hon. Michael W. Fitzgerald
United States District Judge